**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SARAH BEAUMONT,

    Plaintiff,

v.                                                       Case No: 8:20-cv-2324-CEH-AAS

BLESSINGS TREATMENT AND
RECOVERY CENTER LLC,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on March 29, 2021 (Doc. 30). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Court grant in part the parties' Joint Motion to Approve Settlement (Doc. 29). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 30) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve Settlement (Doc. 29) is **GRANTED IN PART.** The Settlement Agreement (Doc. 29 - Ex. 1) is **APPROVED**, without paragraph 12, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) Paragraph 12 is **STRICKEN** from the Settlement Agreement (Doc. 29, Ex. 1)

(4) This action is **DISMISSED**, with prejudice.

(5) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on April 14, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record